IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00238-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLESTON LANG,

    Defendant.

## ORDER RE MOTION FOR TO DISCLOSE GRAND JURY TRANSCRIPTS

This matter is before the Court on Defendant's Motion to Disclose Grand Jury Transcripts (Dkt. # 9).  The government is DIRECTED to respond to this motion no later than **5:00 p.m. Friday, July 7, 2006.**

DATED: June 29, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge