IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00238-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLESTON LANG,

    Defendant.

## ORDER TO SET MOTION HEARING

This matter is before the Court on defendant's Motion to Disclose Grand Jury Transcripts (Dkt. # 9) and the Government's Opposition to Defendant's Motion (Dkt. # 11).  It is hereby

ORDERED that the defendant's motion to disclose will be addressed at a hearing before the undersigned in Courtroom 602 of the U.S. District Courthouse, 6th Floor, 901 19th Street, Denver, Colorado, on **Wednesday, July 19, 2006 at 1:30 p.m.**

    DATED: July 10, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge