IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00238-PSF

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CHARLESTON LANG,

      Defendant.

---

## ORDER RE: PRETRIAL MOTIONS

---

      This matter is before the Court on the following motions:

1)     Defendant's Request for Pretrial Notice of 404(b) Evidence (Dkt. # 15);
2)     Motion for Discovery (Dkt. # 16);
3)     Motion for Pretrial Disclosure of Names/Addresses/Telephone Numbers of Government Witnesses (Dkt. # 17); and
4)     Motion for Pretrial Disclosure of Witness Statements (Dkt. # 18).

      It is hereby ORDERED that these motions will be addressed at the hearing currently scheduled for <u>July 19, 2006 at 1:30 p.m.</u>

      DATED: July 12, 2006

                                              BY THE COURT:

                                              *s/ Phillip S. Figa*

                                              _____
                                              Phillip S. Figa
                                              United States District Judge