IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00238-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLESTON LANG,

    Defendant.

---

**ORDER TO RESET MOTION HEARING**

---

This matter is before the Court *sua sponte*. It is ORDERED that the motions hearing currently set for July 19, 2006 is RESET to **Friday, July 21, 2006 at 2:30 p.m.**

DATED: July 17, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge