IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00238-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLESTON LANG,

    Defendant.
_____

**ORDER**
_____

This matter is before the Court on Government's Motion to Quash Subpoenas *Duces Tecum* (Dkt. # 40); Defendant's Response to Government's Motion to Quash Subpoenas *Duces Tecum* (Dkt. # 41); and Government's Reply to Defendant's Response to Motion to Quash Subpoenas *Duces Tecum* (Dkt. # 42).  It is

ORDERED that the Government's Motion to Quash Subpoenas *Duces Tecum* (Dkt. # 40) shall be addressed at the Status Conference currently set for **September 26, 2006.**

DATED: August 14, 2006.

                                          BY THE COURT:

                                          *s/ Phillip S. Figa*

                                          _____
                                          Phillip S. Figa
                                          United States District Judge