IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00238-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLESTON LANG,

    Defendant.

_____

**ORDER**
_____

This matter is before the Court on the Government's Motion for Stay of Subpoenas Duce Tecum (Dkt. # 44). It is

ORDERED that the Motion is GRANTED. Enforcement of the subpoenas duces tecum sought by Defendant Charleston Lang in this case and referenced in the Government's motion is hereby stayed pending the Status Conference currently set for **September 26, 2006.**

DATED: August 15, 2006.

                                        BY THE COURT:

                                        *s/ Phillip S. Figa*

                                        _____

                                        Phillip S. Figa
                                        United States District Judge