**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE PHILLIP S. FIGA**

Courtroom Deputy: Valeri P. Barnes  
Court Reporter: Darlene Martinez

Date: September 26, 2006

Criminal Action No.  06-cr-00238-PSF

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Wallace Kleindienst |
|     Plaintiff, | |
| v. | |
| CHARLESTON LANG, | Edward Harris |
|     Defendant. | |

_____

**COURTROOM MINUTES**
_____

HEARING: Status Conference

**10:04 a.m.   Court in session.**

Defendant present in custody.

**ORDER:** Government's Motion to Quash Subpoenas *Duces Tecum* **(40)** is **denied**, based upon the representations of the parties.

All other Orders by the Court remain in effect.

**ORDER:** For the reasons set forth on the record, the Court finds pursuant to 18 U.S.C. § 3161(h)(8)(A) that the ends of justice is served by the setting of the trail in January 2007and outweigh the best interests of the public and the defendant in a speedy trial.

Trial will be held in Durango, Colorado.

**DEADLINES/SCHEDULE:**
1) Government's Motion and Authority to obtain copies of defense witnesses' written statements from defendant due **10 days from today's date.**
2) Defendant's Response due **7 days after.**
3) Status Conference set for **October 31, 2006, at 8:30 a.m.**
4) Motions Hearing set for **November 20, 2006, at 10:00 a.m.**
5) Final Trial Preparation Conference set for **December 21, 2006 at 8:30 a.m.**  The Final Trial Preparation Conference will be held in **Denver.**
6) Five-day jury trial set for **January 8, 2007, at 9:00 a.m.**

Government's counsel may appear by telephone for the Status Conference and shall inform chambers if he will be appearing by telephone.

**ORDER:**   Defendant remanded to the custody of the United States Marshal.

**10:26 a.m.   Court in recess/hearing concluded.**

Total in-court time: 00:22.