IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00238-PSF

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CHARLESTON LANG,

      Defendant.

_____

## ORDER TO RESET MOTIONS HEARING
_____

This matter is before the Court *sua sponte*.  It is ORDERED that the motions

hearing currently set for November 20, 2006 at 10:00 a.m. is RESET to November 20,

2006 **at 1:30 p.m.**

      DATED:  September 28, 2006

                                    BY THE COURT:

                                    *s/ Phillip S. Figa*

                                    _____

                                    Phillip S. Figa
                                    United States District Judge