IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-CR-00238-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLESTON LANG,

    Defendant.

---

## ORDER GRANTING ATTORNEY-CONDUCTED *VOIR DIRE*
---

Defendant's Motion for Attorney Conducted Voir Dire (Dkt. # 58) is GRANTED. The Court hereby ORDERS that both Government and defense counsel shall be allowed 30 minutes of lawyer *voir dire* per side, in addition to judge-directed *voir dire*.

DATED: October 6, 2006

                BY THE COURT:

                *s/ Phillip S. Figa*

                _____
                Phillip S. Figa
                United States District Judge