IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00238-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLESTON LANG,

    Defendant.

---

### ORDER RE GOVERNMENT'S MOTION FOR PRETRIAL PRODUCTION

---

This matter is before the Court on the Government's Motion for Pretrial Production of Defense Interviews of Witnesses (Dkt. # 67). The defendant is DIRECTED to respond to this motion no later than **noon Friday, October 20, 2006.** Any reply shall be filed by **5:00 p.m. Thursday, October 26, 2006.**

    DATED: October 16, 2006

                                        BY THE COURT:

                                        *s/ Phillip S. Figa*

                                        _____
                                        Phillip S. Figa
                                        United States District Judge