IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00238-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLESTON LANG,

    Defendant.

---

### ORDER RE: DISCLOSURE OF PHYSICAL EVIDENCE

---

The Court ORDERS that all physical evidence in this case submitted to the FBI Laboratory and all reports or analyses of such physical evidence, including any log or key identifying the contents of any crime scene photographs, shall be disclosed to the defendant <u>no later than November 17, 2006</u>.

DATED: October 31, 2006

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge