IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00238-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLESTON LANG,

    Defendant.

---

**ORDER PERMITTING APPEARANCE AT FINAL TRIAL
PREPARATION CONFERENCE BY VIDEO CAMERA**

---

    Government Counsel's Unopposed Motion to Appear By Video Camera for Final Trial Preparation Conference (Dkt. # 78) is GRANTED. Assistant U.S. Attorney Wallace Kleindienst shall be permitted to attend the final trial preparation conference in the above-referenced matter on December 11, 2006 at 11:30 a.m. via video camera. Mr. Kleindienst is DIRECTED to contact the Automation Services Office of the U.S. District Court in Denver at 303-335-2020 as soon as possible to arrange for video conferencing.

    DATED: December 6, 2006

                                                    BY THE COURT:

                                                  *s/ Phillip S. Figa*

                                                  _____
                                                  Phillip S. Figa
                                                  United States District Judge