IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 06-cr-00238-PSF

UNITED STATES OF AMERICA,

       Plaintiff,

v.

CHARLESTON LANG,

       Defendant.

---

## ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

---

Upon petition of the defendant and for good cause shown,

IT IS HEREBY ORDERED, that the Clerk of the Court issue a writ of habeas corpus ad testificandum to the United States Marshal's Service requiring the United States Marshal to produce the following individual: **Victor Hight, c/o Chief Ignacio Justice Center, 107 South Spruce Street, Towaoc, CO 81334** before United States District Judge Phillip S. Figa on January 8, 9, 10, and 11, 2007, at 9:00 a.m. for testimony in the above-entitled case, and to hold Victor Hight at all times in custody as an agent of the United States of America, until the conclusion of the trial, and thereafter to return the above-named individual to the institution wherein now confined.

SO ORDERED this 9th day of January, 2007.

*s/ Phillip S. Figa*

_____
Phillip S. Figa
UNITED STATES DISTRICT JUDGE
DISTRICT OF COLORADO