IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00238-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLESTON LANG,

    Defendant.
_____

## ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS
_____

    IT IS ORDERED that, at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

    DATED January 11, 2007.

                                                            BY THE COURT:

                                                            *s/ Phillip S. Figa*

                                                            _____
                                                            Phillip S. Figa
                                                            United States District Judge