IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00238-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHARLESTON LANG,

    Defendant.

## JUDGMENT OF ACQUITTAL

THIS MATTER having come on regularly for trial on January 8, 2007, before the Court, Judge Phillip S. Figa presiding, and a jury duly impaneled and sworn to try the issues herein; the trial having proceeded to conclusion and the jury having subsequently rendered its verdict finding Defendant Charleston Lang not guilty of Counts One and Two of the Indictment, it is now

ORDERED that Defendant Charleston Lang is acquitted of all charges against him and the Indictment is dismissed.

DATED January __11__, 2007.

BY THE COURT:

_____
Phillip S. Figa
United States District Judge